Indictment No. 62–199.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM MASSEY, GERALD RUSSEL, ERNEST MONICA, GEORGE M. CANNING and JOSEPH KANASOLA, Respondents, et al., Defendant.— Same decision as in case of *People* v. *D'Agostino* (18 A D 2d 1128). (Appeal from order of Onondaga County Court dismissing Indictment No. 62–200.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LAWRENCE SEELEY, JOSEPH KANASOLA, ROY D'AGOSTINO and ROBERT NORTHRUP, Respondents, et al., Defendant.— Same decision as in case of *People* v. *D'Agostino* (18 A D 2d 1128). (Appeal from order of Onondaga County Court dismissing Indictment No. 62–201.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, Respondent.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 500-c of the Correction Law. The demurrer should be disallowed. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–204.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, Respondent.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 500-c of the Correction Law. The demurrer should be disallowed. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–205.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, Respondent.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 500-c of the Correction Law. The demurrer should be disallowed. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–206.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, Respondent.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 500-c of the Correction Law. The demurrer should be disallowed. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–207.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, Respondent, et al., Defendant.— Order unanimously reversed, demurrer disallowed and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 913-k of the Code of Criminal Procedure. The demurrer should be disallowed. (Appeal from order of Onondage County Court dismissing Indictment No. 62–208.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARTO C. MAJOR, ERNEST MONICA, GEORGE M. CANNING, LAWRENCE SEELEY and JOSEPH KANASOLA, Respondents, et al., Defendant.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations